**Order entered May 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00479-CV

### SHARLET O. MITCHELL, ET AL., Appellants

### V.

### NUGGEHALI NEIL SATYU, MD, ZAHOUR AHMED, MD, Appellees

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-13-03855-D**

## ORDER

We **GRANT** court reporter Coral L. Hough's May 2, 2014 extension motion and

**ORDER** the reporter's record be filed no later than June 19, 2014. No further extensions will be

granted absent exigent circumstances.

/s/     ELIZABETH LANG-MIERS
         JUSTICE